1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

DOUGLAS S. MAUSELLE,

11

Plaintiff,

12

v.

13

RODGERS MARINE LLC, doing business as
Rodgers Marine Electronics; *et al.*,

14

15

Defendants.

Case No. C05-5464FDB

ORDER FOR FILING AMENDED
COMPLAINT

16

This matter was dismissed for lack of personal jurisdiction; however, the Ninth Circuit Court

17

of Appeals has vacated the order and remanded to allow the Plaintiff to amend his complaint to state

18

with more particularity the basis for jurisdiction over the Defendants.

19

NOW, THEREFORE, IT IS ORDERED: Plaintiff shall file an amended complaint by no later

20

that December 14, 2007 or this cause of action will be dismissed.

21

DATED this 30th day of November, 2007.

22

23

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

24

25

26

ORDER - 1