# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| DOUGLAS S. MAUSELLE,<br><br>    Plaintiff,<br><br>    v.<br><br>RODGERS MARINE LLC, doing business as Rodgers Marine Electronics; *et al.*,<br><br>    Defendants. | Case No. C05-5464FDB<br><br>ORDER OF DISMISSAL |

Plaintiff was ordered to file by no later than December 14, 2007 an amended complaint that stated with more particularity the basis for jurisdiction over the Defendants. The Order, however, was returned as undeliverable at the address on file with the Court, Plaintiff having failed to update the Court on his new address. ACCORDINGLY,

IT IS ORDERED: This cause of action is DISMISSED for lack of prosecution.

DATED this 18th day of December, 2007.

*/s/ Franklin D. Burgess*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1